IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RENAUD DUBUISSON,

     Petitioner,

v.                                        CASE NO. 4:05-cv-00280-MP-EMT

UNITED STATES
ATTORNEY GENERAL,

     Respondent.

_____/

# O R D E R

This matter is before the Court on Doc. 10, Report and Recommendation of the

Magistrate Judge, recommending that the habeas petition be dismissed.  The time for filing

objections has passed and none have been filed.  The Court agrees that the "REAL ID Act of

2005" ("Act"), which amends section 242 of the Immigration and Naturalization Act ("INA"), 8

U.S.C. § 1252, places review of all final removal orders, for both criminal and non-criminal

aliens, in the courts of appeals.  Thus, the Court does not have jurisdiction over the petition in

this case.  Accordingly, it is hereby,

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and
incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _11th_ day of October, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge